PROB 35    **ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
| ) | |
| vs.    ) | **Docket Number: 2:04CR00059-01** |
| ) | |
| **BARBARA ANN MANNING**    ) | |
| ) | |

On November 2, 2004, the above-named was placed on Supervised Release for a period of 3 years, which commenced on December 22, 2005.  Barbara Manning has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE
Senior United States Probation Officer**

Dated:    March 12, 2008
Roseville, California
MAS:jc

**REVIEWED BY:**    /s/ Richard A. Ertola
**RICHARD A. ERTOLA
Supervising United States Probation Officer**

Re: **BARBARA ANN MANNING**
    Docket Number:  2:04CR00059-01
    **ORDER TERMINATING SUPERVISED RELEASE**
    **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated: April 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

MAS:jc
Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

## RECOMMENDATION TERMINATING
## SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | **Docket Number:** 2:04CR00059-01 |
| **BARBARA ANN MANNING** | |

**LEGAL HISTORY:**

On November 2, 2004, the above-named was placed on Supervised Release for a period of three years, which commenced on December 22, 2005. Special conditions included Search and seizure; Financial disclosure; Mental health treatment; and Co-payment for treatment services. All financial obligations, including $331,162 Restitution, and $100 Special Assessment, have been paid in full.

**SUMMARY OF COMPLIANCE:**

Ms. Manning has complied with all conditions and special conditions of supervision, and she has not been involved in any further criminal activities. It is the opinion of the probation officer that Barbara Manning has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervision in this case be terminated early.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE**
**Senior United States Probation Officer**

Dated:   March 12, 2008
         Roseville, California
         MAS:jc

**REVIEWED BY:**   /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA**

Re:    **Barbara Ann MANNING**
       **Docket Number:   2:04CR00059-01**
       **RECOMMENDATION TERMINATING**
       <u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>

### Supervising United States Probation Officer

mas:jc
cc:    AUSA  (Pursuant to Rule 32, notice of proposed relief to the Releasee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| vs. | ) Docket Number: 2:04CR00059-01 |
| **BARBARA ANN MANNING** | ) |

**LEGAL HISTORY:**

On November 2, 2004, the above-named was placed on Supervised Release for a period of three years, which commenced on December 22, 2005.  Special conditions included Search and seizure; Financial disclosure; Mental health treatment; and Copayment for treatment services.  All financial obligations, including $331,162 Restitution, and $100 Special Assessment, have been paid in full.

**SUMMARY OF COMPLIANCE:**

Ms. Manning has complied with all conditions and special conditions of supervision, and she has not been involved in any further criminal activities.  It is the opinion of the probation officer that Barbara Manning has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that supervision in this case be terminated early.

Respectfully submitted,

/s/ Michael A. Sipe

**MICHAEL A. SIPE
Senior United States Probation Officer**

Dated:   March 12, 2008
         Roseville, California
         MAS:jc

**REVIEWED BY:**   /s/ Richard A. Ertola
                  **RICHARD A. ERTOLA**

Re: **Barbara Ann MANNING**
**Docket Number:   2:04CR00059-01**
**RECOMMENDATION TERMINATING**
<u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>

## Supervising United States Probation Officer

mas:jc
cc:   AUSA  (Pursuant to Rule 32, notice of proposed relief to the Releasee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)